

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 19, 2019

**BY ECF AND EMAIL**

The Honorable Richard J. Sullivan
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Tyrone Freeman</u> 15 Cr. 693 (RJS)

Dear Judge Sullivan:

    The parties write jointly to inform the Court that we are prepared to proceed to sentencing, and, accordingly, to respectfully request that Your Honor set a sentencing schedule for the above-docketed matter.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: _____
    Mollie Bracewell / Jonathan E. Rebold / Katherine Reilly
    Assistant United States Attorneys
    Telephone: (212) 637-2218 / 2512 / 6521

cc: Thomas Nooter, Esq. (By E-mail)
    United States Probation Officer Jill Jeffries (By E-mail)