

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 19, 2019

**BY ECF AND EMAIL**

The Honorable Richard J. Sullivan
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/19
```

    Re:   **United States v. Tyrone Freeman** 15 Cr. 693 (RJS)

Dear Judge Sullivan:

    The parties write jointly to inform the Court that we are prepared to proceed to sentencing, and, accordingly, to respectfully request that Your Honor set a sentencing schedule for the above-docketed matter.

                                               Respectfully submitted,

                                               GEOFFREY S. BERMAN
                                               United States Attorney

By: _____
    Mollie Bracewell / Jonathan E. Rebold /
    Katherine Reilly
    Assistant United States Attorneys
    Telephone: (212) 637-2218 / 2512 / 6521

cc:  Thomas Nooter, Esq. (By E-mail)
     United States Probation Officer Jill Jeffries (By E-mail)

```
IT IS HEREBY ORDERED THAT the parties shall appear for sentencing on Tuesday, December
17, 2019 at 10:00 a.m. in Courtroom 15A of the Daniel Patrick Moynihan United States
Courthouse, 500 Pearl Street, New York, NY 10007.  The government shall file its
sentencing submission by December 3, 2019, and Defendant shall file his sentencing
submission by December 10, 2019.

SO ORDERED.

Dated:      November 19, 2019
            New York, New York
```

                                                 RICHARD J. SULLIVAN
                                               UNITED STATES CIRCUIT JUDGE
                                               Sitting by Designation