UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

TYRONE FREEMAN,

Defendant.

---

No. 15-cr-693 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the sentencing currently scheduled to be held tomorrow, December 18, 2019 at 3:30 p.m. in Courtroom 15A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, shall now be held in Courtroom 24A of the same courthouse.

SO ORDERED.

Dated: December 17, 2019
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation