UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

TYRONE FREEMAN,

          Defendant.

No. 15-cr-693 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

As stated on the record at the sentencing held on January 31, 2020, the government shall, no later than February 14, 2020, submit a letter apprising the Court as to the appropriate amount of restitution in this case. Defendant may submit a response by February 19, 2020.

SO ORDERED.

Dated:     February 4, 2020
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation