USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                          :
UNITED STATES OF AMERICA
                                          :     CONSENT PRELIMINARY ORDER
            - v. -                        :     OF FORFEITURE/
                                          :     MONEY JUDGMENT
TYRONE FREEMAN,
                                          :     S1 15 Cr. 693 (RJS)
            Defendant.
                                          :
- - - - - - - - - - - - - - - - - x

WHEREAS, on or about March 8, 2016, TYRONE FREEMAN (the "defendant"), was charged in a four-count Information, S1 15 Cr. 693 (RJS) (the "Information"), with conspiracy to commit interstate transportation of stolen property, in violation of Title 18, United States Code, Section 371 (Count One); conspiracy to transport, possess, conceal, and sell stolen property, in violation of Title 18, United States Code, Section 371 (Count Two); interstate transportation of stolen property, in violation of Title 18, United States Code, Sections 2314 and 2 (Count Three); and possession, concealment, and sale of stolen property, in violation of Title 18, United States Code, Sections 2315 and 2 (Count Four);

WHEREAS, the Information included a forfeiture allegation as to Counts One through Four, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real or personal, which

constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One through Four of the Information;

WHEREAS, on or about March 8, 2016, the defendant pled guilty to Counts One through Four of the Information, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Counts One through Four and agreed to forfeit, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(B), all property constituting, or derived from, proceeds the defendant obtained directly or indirectly as a result of the offenses charged in Counts One through Four of the Information, as well as all personal property used or intended to be used to commit the offense charged in Count Four pursuant to Title 18, United States Code, Section 1029(c)(1)(C);

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $1,097,213.70 in United States currency representing the amount of proceeds traceable to the offenses charged in Counts One through Four of the Information that the defendant personally obtained; and

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the proceeds traceable to the offenses charged in Counts One through Four of the Information

that the defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorney, Jonathan Rebold of counsel, and the defendant, and his counsel, Thomas H. Nooter, Esq., that:

1. As a result of the offenses charged in Counts One through Four of the Information, to which the defendant pled guilty, a money judgment in the amount of $1,097,213.70 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One through Four of the Information that the defendant personally obtained, shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, TYRONE FREEMAN, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office,

Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4.    The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.    Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6.    Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.    The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

9.    The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____        12/18/19
    JONATHAN REBOLD                            DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212)637-2512

TYRONE FREEMAN

By: _____        12-18-2019
    TYRONE FREEMAN                             DATE

By: _____        12-18-2019
    THOMAS H. NOOTER, ESQ.                     DATE
    Attorney for Defendant
    Freeman, Nooter & Ginsberg
    75 Maiden Lane, Suite 503
    New York, NY 10038

SO ORDERED: _____    1/31/20
    HONORABLE RICHARD J. SULLIVAN                  DATE
    UNITED STATES DISTRICT JUDGE