UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,

  -v-                                                                        No. 15 CR 693

TYRONE FREEMAN,

        Defendant.

-------------------------------------------------------x

## ORDER

It is hereby ordered that the Court's Sealed Records Department authorize the Court's Finance Department to access the sealed restitution order(s) and victim list(s) in the sealed records of this case, for the purpose of facilitating the Finance Department's dispersal of funds pursuant to such order(s).

        SO ORDERED.

Dated: New York, New York
       July 9, 2021

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                         Chief United States District Judge